Ellie Hourizadeh (SBN 204627)
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA  90067-3208
Telephone:   310-277-4110
Facsimile:    310-277-4730
ehourizadeh@mwe.com

Attorneys for Plaintiff
DETHRONE ROYALTY, INC.

Matthew Addison (SBN 158330)
McDonald Carano Wilson LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone:   775- 788-2000
Facsimile:    775- 788-2020
maddison@Mcdonaldcarano.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DETHRONE ROYALTY, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DETHRONE ROYALTY HOLDINGS, INC., a  Nevada corporation; DETHRONE BEVERAGE, INC., a Nevada corporation; TO SPORTS INNOVATIONS, INC., a Nevada corporation; HIGH PERFORMANCE BEVERAGES COMPANY, a Nevada corporation; TOBY MCBRIDE, an individual, and DOES 1- 10, inclusive,<br><br>Defendants. | CASE NO.:  13-cv-05912-WHO<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS |

The Court, having considered the Parties' Stipulation to Stay the Proceedings Pending Settlement Discussions, and for good cause shown, hereby GRANTS the Parties' Stipulation.

IT IS HEREBY ORDERED that this action is stayed until April 30, 2014.  The Case Management Conference is reset to May _20_, 2014 at 2:00 P.M. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Parties are to otherwise comply with the terms of the Case Management Conference Order issued on January 6, 2014.

Dated: April _15_, 2014



Hon. William H. Orrick

[PROPOSED] ORDER GRANTING STIPULATION TO STAY PENDING SETTLEMENT DISCUSSION — - 2 - — CASE NO. 13-CV-05912-WHO